UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANATOLIY DERKACH, individually and as assignee of Billy R. Boyd,<br><br>                 Plaintiff,<br><br>   v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a registered foreign insurer doing business within the State of Washington; BILLY R. BOYD, individually; and "John Does" 1-10.,<br><br>                 Defendants. | Case No. C18-1284 RSM<br><br>ORDER EXTENDING TIME TO FILE ANSWER |

Based on the Stipulated Motion for Order Extending Time to File Answer, it is hereby

ORDERED that Defendant American Family Mutual Insurance Company is granted an extension to and including October 22, 2018, to file its Answer.

DATED this 7th day of September 2018.

                                                     /s/ Ricardo S. Martinez
                                                   RICARDO S. MARTINEZ
                                                   CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING TIME TO FILE
ANSWER (2:18-CV-01284-RSM) - 1

**DUNN CARNEY ALLEN HIGGINS & TONGUE** LLP
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: 503.224.6440 Fax: 503.224.7324

DCAPDX_2788897_v1