UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANATOLIY DERKACH, individually and as assignee of Billy R. Boyd,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a registered foreign insurer doing business within the State of Washington; BILLY R. BOYD, individually; and "John Does" 1-10.,

Defendants.

Case No. C18-1284 RSM

ORDER EXTENDING TIME FOR FRCP 26(F) CONFERENCE, INITIAL DISCLOSURES AND JOINT STATUS REPORT AND DISCOVERY PLAN

**ORDER**

Based on the parties' Stipulated Motion for Order Extending Time for FRCP 26(f) Conference, Initial Disclosures and Joint Status Report and Discovery Plan, and good cause appearing, therefore it is so ordered that the deadlines for the parties to comply with the previously ordered discovery submissions is extended as noted below:

a) Deadline for FRCP 26(f) Conference: 12/7/2018

b) Initial Disclosure Pursuant to FRCP 26(a)(1): 12/14/2018

/ / /

**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: 503.224.6440  Fax: 503.224.7324

DCAPDX_2865158_v1

|   |   |   |
|---|---|---|
| 1 | c) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | |
| 2 | | 12/21/2018 |

IT IS SO ORDERED this 12th day of October 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

By: *s/ Eric A. Kekel*
Eric A. Kekel, WSBA No. 22641
Email: ekekel@dunncarney.com
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: 503.224.6440
Fax: 503.224.7324
*Attorney for Defendant American Family Mutual Insurance*

LAW OFFICES OF BEN F. BARCUS & ASSOCIATES, PLCC.

By: *s/ Ben F. Barcus*
Ben F. Barcus, WSBA No. 15576
Email: ben@benbarcus.com
4303 Ruston Way
Tacoma, WA 98402
Telephone: 253.752.4444
Fax: 253.752.1035
*Attorney for Plaintiff Anatoliy Derkach*

LAW OFFICE OF STEPHEN LEWIS FREEBORN

By: *s/ Stephen Freeborn*
Stephen Freeborn, WSBA No. 13562
Email: steve@freebornlawoffices.com

ORDER EXTENDING TIME - 2

**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: 503.224.6440  Fax: 503.224.7324

DCAPDX_2865158_v1

1  33400 9th Ave. S. Ste. 208
   Federal Way, WA  98003-2607
2  Telephone: 253.838.4477
   Fax: 253.838.4466
3  *Attorney for Billy Boyd*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER EXTENDING TIME - 3

**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
Telephone: 503.224.6440  Fax: 503.224.7324

DCAPDX_2865158_v1